United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA CHAMPAGNE,

Plaintiff,

v.

PLANNERNET, INC.,

Defendant.

Case No.  17-cv-02128-SK

**ORDER REGARDING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME IN WHICH TO RESPOND TO SUBPOENAS**

Regarding Docket No. 29

Plaintiff has requested an extension of time in which to respond to seven subpoenas for the production of documents and a conference to address her concerns about the subpoenas.

Plaintiff and Defendant are ORDERED to meet and confer on this issue, either via telephone or in person, by January 15, 2018.  If the parties do not reach an agreement, they may submit a letter brief complying with this Court's Order regarding discovery disputes (joint letter, not exceeding eight pages, etc.) by January 18, 2018.  The Court will not at this time set a hearing date and may opt to decide the matter on the papers.  Defendant must notify the recipients of the subpoenas immediately that the response to the subpoenas is delayed until further notice from the Court.  The Court temporarily QUASHES the subpoenas to allow time for the parties to meet and confer and/or for the Court to review the issues Plaintiff presents.

**IT IS SO ORDERED**.

Dated: January 11, 2018



SALLIE KIM
United States Magistrate Judge