UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA CHAMPAGNE,<br><br>        Plaintiff,<br><br>    v.<br><br>PLANNERNET, INC.,<br><br>        Defendant. | Case No. 17-cv-02128-SK<br><br>**ORDER APPROVING REVISED CLASS NOTICE AND SETTLEMENT AGREEMENT**<br><br>Regarding Docket Nos. 83, 84 |

As part of its April 22, 2019 Order granting preliminary approval of the class action settlement in this case, the Court required Plaintiff to revise the proposed class notice and the proposed settlement agreement to clarify what qualifies as "expenses" under the settlement and the procedure for challenging individual settlement amounts. (Dkt. 82.) On May 6, 2019, Plaintiff filed proposed amended versions of the class action notice and settlement on the Court's docket. (Dkt. 83.) The Court finds that the revised documents are sufficient and HEREBY APPROVES the form of the revised class notice and the revised settlement agreement.

In its April 22, 2019 Order the Court also required Defendant to comply with its reporting obligations under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715. (Dkt. 82.) On April 7, 2019, Defendant filed a declaration on the Court's docket demonstrating its compliance with CAFA requirements. (Dkt. 84.) The Court further notes that the parties have established an informational website[1] for class members, in keeping with the Court's Order.

The parties shall proceed with mailing the class notices, and all other dates and deadlines in the Court's prior order shall remain in effect.

///

///

---

[1] http://www.cptgroup.com/champagnevplannernet/

1     **IT IS SO ORDERED**.

2    Dated: May 8, 2019



3    _____

4    SALLIE KIM
     United States Magistrate Judge

2