John E. Hill, State Bar #45338
Enrique Martínez, State Bar #206884
LAW OFFICES OF JOHN E. HILL
333 Hegenberger Road, Ste. 500
Oakland, CA 94621
Telephone:  (510) 588-1000
Facsimile: (510) 632-1445
enriquemartinez@hill-law-offices.com

Ramsey Hanafi, State Bar # 262515
QUINTANA HANAFI, LLP
870 Market Street, Suite 1115
Tel.: (415) 504-3121
Fax: (415) 233-8770
info@qhplaw.com

*Attorneys for Plaintiff & Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA CHAMPAGNE, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>PLANNERNET, INC., a North Carolina Corporation,<br><br>                    Defendant. | Case No. 3:17-cv-02128-SK<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL APPROVAL OF CLASS ACTION SETTLEMENT, ENHANCEMENT AWARD, AND ATTORNEYS' FEES**<br><br>**Date:       September 23, 2019**<br>**Time:       9:30 a.m.**<br>**Judge:      Hon. Sallie Kim**<br>**Ctrm:       15** |

## **NOTICE OF MOTION AND MOTION**

To the Clerk of the Court and to all parties of record and their respective counsel, PLEASE

TAKE NOTICE that on September 23, 2019 at 9:30 a.m., or as soon thereafter as the matter may be

heard, in Courtroom 15 of the above-entitled Court, located at 450 Golden Gate Avenue, San

Francisco, California 94102, Plaintiff Linda Champagne, individually and on behalf of similarly-

situated individuals, with the consent of Defendants, will move for (1) final approval of the parties'

class action settlement agreement, which is attached as Exhibit 1 to the accompanying Declaration

of Ramsey Hanafi in Support of Motion for Final Approval of Class Action Settlement; (2) approval

of the $8,500 enhancement award for Plaintiff Linda Champagne; and (3) approval of Class

Counsel's attorneys' fees and costs.

The grounds for this Motion are that (1) the parties have reached a good faith, arms-length

settlement of this matter after extensive settlement negotiations, including a full-day mediation

session with an experienced employment class action mediator; (2) Class Counsel and the Named

Plaintiff, as representative of the class, believe that the proposed settlement is in the best interests of

the class as a whole; (3) all parties desire to conclude this matter without further expense, delay, and

uncertainty of continued litigation; and (4) the class, after Notice, has not presented any objections

to the proposed settlement. This motion is based on the accompanying Memorandum of Points and

Authorities in Support of Final Approval, Memorandum of Points and Authorities in Support of an

Enhancement Award, Attorneys' Fees, and Costs, the Declarations of Ramsey Hanafi and

supporting exhibits, the Declaration of Daniel La, all other records, pleadings, and

papers filed in this action, and on such other evidence and argument as may be presented to the

Court at the hearing.

//

//

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: August 16, 2019                    Respectfully submitted,

**QUINTANA HANAFI, LLP**

By: _/s/ Ramsey Hanafi_
Ramsey Hanafi

Counsel for Plaintiff Champagne, for herself and all
others similarly situated