United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA CHAMPAGNE, | Case No. 17-cv-02128-SK |
| Plaintiff, | |
| v. | **ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| PLANNERNET, INC., | |
| Defendant. | Regarding Docket No. 88 |

Plaintiff Linda Champagne ("Plaintiff") filed this class action pursuing state law claims against Plannernet, Inc. ("Defendant") for (1) unlawfully failing to provide Plaintiff and similarly situated employees with overtime premiums for all hours worked in excess of eight in a day or 40 in a week; (2) unlawfully failing to provide Plaintiff and similarly situated employees with timely, statutorily-mandated meal and rest periods and/or failing to properly compensate them for meal and rest period violations; (3) willfully failing to provide Plaintiff and similarly situated employees with wages for hours worked on a weekly or semi-monthly basis; (4) willfully failing to provide Plaintiff and similarly situated employees with accurate semi-monthly itemized wage statements; (5) willfully failing to pay compensation owed in a prompt and timely manner to Plaintiff and similarly situated employees whose employment with Defendants has terminated; (6) failing to reimburse mandatory employee expenses; and (7) violating California's Unfair Competition Law (the "UCL").

Pending before the Court is Plaintiff's unopposed Motion for Final Approval of a Class Action Settlement. The above-captioned matter came on for hearing before the Court on September 23, 2019. Class counsel Ramsey Hanafi and Enrique Martinez appeared for Plaintiffs and Travis Gemoets appeared for Defendants. No objectors appeared at the hearing. Upon review and consideration of the Settlement, the motion, declarations and attached exhibits, including the

1    Notice of Class Action Settlement ("Class Notice"), the Court finds that there is sufficient basis to

2    (1) grant final approval of the Settlement; (2) grant a service award to the Named Plaintiff, and (3)

3    grant Class Counsel's application for attorneys' fees and costs.

4         On February 16, 2018, the Court granted Plaintiff's motion for class certification. On

5    March 1, 2019, Plaintiff's unopposed motion for preliminary approval of class settlement was

6    filed, which included a stipulated conditional certification of an expanded class, along with a

7    stipulated amended complaint. The Court granted Plaintiff's motion for preliminary approval on

8    April 22, 2019, subject to revisions in the proposed settlement agreement and class notice.

9    Plaintiff submitted proposed revisions to the settlement agreement and class notice on May 6,

10   2019. On May 8, 2019, the Court approved the revised class notice and settlement agreement. The

11   Court is not aware of any new facts that would affect its findings in support of either preliminary

12   approval or its conditional certification of the settlement class.

13        IT IS HEREBY ORDERED THAT:

14        1.    The Court finds that the Notice Plan set forth in the Settlement Agreement and

15   effectuated pursuant to the Preliminary Approval Order constitutes the best notice practicable

16   under the circumstances and shall constitute due and sufficient notice to the Settlement Class of

17   the pendency of the Action, the terms of the Settlement Agreement, and the Final Approval

18   Hearing, and satisfies the requirements of Rule 23 and federal due process law.

19        2.    The Court finds that the Rule 23(a) prerequisites and Rule 23(b)(3) requirements

20   are met for the Settlement Class.

21        3.    The Settlement, as set forth in the Settlement Agreement, is in all respects fair,

22   reasonable, adequate and in the best interests of the Settlement Class, and it is approved. The

23   Parties shall effectuate the Settlement Agreement according to its terms. The Named Plaintiff and

24   the class members are barred from any future legal proceedings against Defendant concerning any

25   of the released claims. The Settlement Agreement, and every term and provision thereof, shall be

26   deemed incorporated herein as if explicitly set forth and shall have the full force of an Order of

27   this Court. However, any person who timely opted out of the Class will not be bound by the

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1  settlement, will not release his or her claims, and will not be barred from future legal proceedings

2  on any of the claims at issue.

3      4.    The settlement amount shall be distributed as follows:

| | |
|---|---|
| **Gross Settlement Amount** | $440,000 |
| Attorneys' Fees (30%) | $132,000 |
| CPT Group administration costs | $15,000 |
| Case Costs | $7,900 |
| PAGA payments to State of California | $7,500 |
| Enhancement Award for Linda Champagne | $8,500 |
| **Total (Net) Settlement for Class Members** | $269,100 |

    The settlement shall be paid in two equal installments. The first settlement payment installment of $220,000 shall be paid by Plannernet within 30 days of the execution of this Final Order. The first $220,000 settlement installment shall be paid by Plannernet as follows:

- $215,750, or approximately 80.17% of the total settlement amount allocated to the class, shall be distributed to the class on a pro rata basis, pursuant to the totals for each class member as defined in each class members' Notice, or any amended Notice delivered to any class member following any dispute initiated within the class notice period;

- $4,250 shall be distributed as a service award to named Plaintiff Linda Champagne

    The second installment of $220,000 shall be paid within 365 days of the execution of this Final Order. The second installment shall be paid by Plannernet as follows:

- $70,877.82 shall be paid to Quintana Hanafi, LLP;

- $69,022.18 shall be paid to the Law Offices of John E. Hill;

- $15,000 shall be paid to CPT Group;

- $7,500 shall be paid the State of California, Division of Labor Standards

United States District Court
Northern District of California

1    Enforcement, as a PAGA penalty;

2    • $4,250 shall be paid to Linda Champagne

3    • $53,350, or the approximately 19.83% remainder of the net settlement for the class,

4    shall be paid to the class members.

5    5.    Unclaimed settlement funds shall be re-allocated to Class Members pursuant to the

6    Settlement Agreement.

7    6.    Upon completion of administration of the Settlement Agreement, the claims

8    administrator shall provide written certification of such completion to the Court and counsel for

9    the parties.

10    7.    Upon the distribution of the full settlement amount as ordered, and upon the filing

11    of a declaration attesting to same by CPT Group, this matter shall be dismissed with prejudice.

12    **IT IS SO ORDERED**.

13    Dated: October 9, 2019

14    _____

15    SALLIE KIM
United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28