# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA CHAMPAGNE, <br>     Plaintiff, <br> v. <br> PLANNERNET, INC., <br>     Defendant. | Case No. 17-cv-02128-SK <br><br> **JUDGMENT AND DISMISSAL** |

Pursuant to the preliminary approval order entered on April 22, 2019 (Dkt. 82), and the order granting final approval of the class action settlement entered on October 9, 2019, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Court hereby enters judgment in favor of Plaintiffs and against Defendants and approves the terms of the Class Settlement Agreement (the "Agreement"), attached hereto as Exhibit 1. The Agreement shall be incorporated into this judgment as though all terms therein are set forth in full.

2. This constitutes a final judgment in this action, as defined in Federal Rule of Civil Procedure 58(a)(1). All claims asserted in this Action are DISMISSED WITH PREJUDICE as to Plaintiff Linda Champagne and all class members, to the maximum extent permitted by law. The PAGA claims asserted in this Action are hereby dismissed with prejudice as to Plaintiff Linda Champagne and all class members. Plaintiff Linda Champagne and all class members are permanently enjoined from pursuing or seeking to reopen any of the released claims as defined in the Agreement, to the maximum extent permitted by law. Plaintiff Linda Champagne and all class members are permanently enjoined from pursuing or seeking to reopen any of the PAGA Claims, as defined in the Agreement, to the maximum extent permitted by law. Except as set forth in the Agreement and the Final Approval Order, each party is to bear her/his/its own attorneys' fees and

costs.

3. Without affecting the finality of the judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all class members, for purposes of supervising, administering, implementing, enforcing, and interpreting the Agreement, the Final Approval Order, any releases in connection therewith, and any other matters related or ancillary to the foregoing.

This action is hereby DISMISSED, and the Clerk is directed to close the file.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: October 9, 2019



SALLIE KIM
United States Magistrate Judge